01/30/2015  16:06  FAX
Jan 30 2015 03:19pm        P001



# EDWARD P. CANO
## ATTORNEY AT LAW
**201 W. Poplar St.**
**SAN ANTONIO, TEXAS 78212**
**(210) 223-1099**
**(210) 212-5653 Fax**
e-mail: edcanoattorney@sbcglobal.net

BOARD CERTIFIED CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

January 30, 2015

<u>Via Facsimile (210) 335-2762</u>

Edward M. Lavin
8918 Tesoro Drive, Suite 418
San Antonio, Texas 78217

> RE:   NO. 04-12-00673-CV; Oscar Reyes, Jr., Appellant v. Roberto M. Barrasa, Appellee

Dear Sir/Madam:

I represent, Appellee, Roberto Barrasa. Please accept this as a request to obtain a Bill of Cost on the referenced matter.

Your assistance is greatly appreciated. Should you have any questions, please contact my office.

Respectfully,



Edward P. Cano
Attorney at Law

Done Mailed out copies 2/2/15